BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov
JAMIE ANN YAVELBERG
ANDY J. MAO
ALBERT P. MAYER
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    T: (202) 532-5662 | F: (202) 616-3085
    Email: Albert.P.Mayer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* BAY AREA WHISTLEBLOWER PARTNERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>RENEW HEALTH GROUP, LLC; RENEW HEALTH CONSULTING SERVICES, LLC; and CRYSTAL SOLORZANO,<br><br>    Defendants. | No. CV 20-09472-CBM (ASx)<br><br>AMENDED ORDER OF DISMISSAL [49]<br><br>[NOTE CHANGES MADE BY COURT] |

For good cause shown, it is hereby ORDERED that all claims in this case are DISMISSED, except for any claims between the relator and the defendants for expenses, attorneys' fees, and costs.

It is further ORDERED that the dismissal shall be with prejudice once the parties advise the Court that all payment obligations set forth in the settlement agreement have been satisfied. The parties shall file a joint status report re payment obligations **no later than December 9, 2024**.

It is further ORDERED that this Court shall retain jurisdiction to adjudicate any disputes between the relator and the defendants regarding expenses, attorneys' fees, and costs, and to enforce the settlement agreement.

DATED:  September 4, 2024.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1