1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11   UNITED STATES OF AMERICA
     and STATE OF CALIFORNIA, *ex*
12   *rel.* BAY AREA
     WHISTLEBLOWER PARTNERS,
13
              Plaintiffs,                    No. CV 20-09472-CBM (ASx)
14
                   v.
15                                           ORDER OF DISMISSAL
     RENEW HEALTH GROUP, LLC;
16   RENEW HEALTH CONSULTING
     SERVICES, LLC; and CRYSTAL
17   SOLORZANO,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

For good cause shown, it is hereby ORDERED that this action is DISMISSED

    (1) with prejudice as to the United States and California as to all claims against Defendants regarding the Covered Conduct described in Recital Paragraph D of the Settlement Agreement;

    (2) without prejudice as to the United States and California as to all other claims against Defendants; and

    (3) with prejudice as to the Relator as to any civil monetary claim the Relator has on behalf of the United States or the State of California for the Covered Conduct or any other conduct alleged in this action against Defendants, except for any claims between the Relator and Defendants for expenses, attorneys' fees, and costs.

It is further ORDERED that this Court shall continue to retain jurisdiction to adjudicate any disputes between the relator and the defendants regarding expenses, attorneys' fees, and costs, and to enforce the settlement agreement.

DATED:  April 30, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE